Benjamin A. Nix, Bar No. 138258
ban@paynefears.com
Erik M. Andersen, Bar No. 220513
ema@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile:  (949) 851-1212

Attorneys for Defendants BEDDING PROS, LLC and MATTRESS, USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHO MATTRESS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEDDING PROS, LLC dba US-MATTRESS, a Michigan Limited Liability Company; MATTRESS, USA, INC. dba US-MATTRESS, a Michigan Corporation; and DOES 1 through 25 inclusive,<br><br>Defendants.<br><br>CALIFORNIA STATE BOARD OF EQUALIZATION,<br><br>Nominal Defendant. | Case No. 2:17-cv-05409<br><br>**Hon. George H. Wu**<br><br>**DECLARATION RE:**<br><br>**(1) SERVICE OF NOTICE OF REMOVAL UPON PLAINTIFF**<br><br>**(2) FILING OF NOTICE OF REMOVAL AND NOTICE TO PLAINTIFF IN LOS ANGELES COUNTY SUPERIOR COURT**<br><br>**(3) FILING OF PROOFS OF SERVICE**<br><br>Trial Date:    None |

DECLARATION OF ERIK M. ANDERSEN RE FILING AND SERVICE OF REMOVAL

I, ERIK M. ANDERSEN, hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California and I am an attorney with the law firm of Payne & Fears LLP, counsel of record for Defendants BEDDING PROS, LLC and MATTRESS, USA, INC. ("Defendants"). Except as stated, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. On July 24, 2017, I caused Defendants' Petition and Notice of Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 (the "Notice of Removal") to be filed in this Court.

3. On July 25, 2017, after filing the Notice of Removal in this Court, I caused Defendants' Notice to Clerk of the Los Angeles County Superior Court of Removal of Civil Action to United States District Court for the Central District of California (the "Notice to Clerk") to be filed in the Los Angeles County Superior Court, where this action had been pending. A copy of the Notice of Removal was attached as Exhibit "A" to the Notice to Clerk. A true and correct copy of the Notice to Clerk, file-stamped by the Los Angeles County Superior Court, is attached as Exhibit "A" hereto.

4. Attached hereto as Exhibit "B" is the Notice to Plaintiff of Removal of Civil Action to United States District Court for the Central District of California.

5. Attached hereto as Exhibit "C" is a Proof of Service of the Petition for Removal upon Plaintiff.

6. Attached hereto as Exhibit "D" is a Proof of Service of the Notice to Clerk upon Plaintiff.

7. Attached hereto as Exhibit "E" is a Proof of Service of the Notice to Plaintiff upon Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Irvine, California on July 25, 2017.

DATED: July 25, 2017          PAYNE & FEARS LLP

By: ___/s/ Erik M. Andersen___
ERIK M. ANDERSEN
BENJAMIN A. NIX

Attorneys for Defendants BEDDING PROS, LLC and MATTRESS, USA, INC.

4830-4109-4988.1

-3-
TITLE